**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Dalton Outdoor Services, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **41-1893764** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3650 - 120th Street West** <br> **Rosemount, MN 55068-3538** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Dakota** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Dalton Outdoor Services, Inc.** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Dalton Outdoor Services, Inc.** _____  Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
      Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Dalton Outdoor Services, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 9, 2017**
MM / DD / YYYY

X **/s/ Patrick M. Dalton**                                   **Patrick M. Dalton**
Signature of authorized representative of debtor              Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Steven B. Nosek**                                     Date **October 9, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**Steven B. Nosek**
Printed name

**Steven B. Nosek, P.A.**
Firm name

**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**
Number, Street, City, State & ZIP Code

Contact phone  **612-335-9171**        Email address  **snosek@noseklawfirm.com**

**79960**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Dalton Outdoor Services, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 | | 2016 Ford F-250 Vin: 1FT7W2B66GEC51631 | | $40,306.61 | Unknown | Unknown |
| Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 | | 2017 Ford F-350 Vin: 1FTBF3B64HEBZ2455 | | $36,264.18 | Unknown | Unknown |
| Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 | | 2011 Ford F-350 Vin: 1FTRF3BT4BEA87907 | | $18,137.06 | Unknown | Unknown |
| Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 | | 2016 Ford F-350 Vin: 1FT8W3B65GEA14090 | | $32,634.84 | Unknown | Unknown |
| Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 | | 2016 Chevrolet Silverado Vin: 1GC1KXEG1GF305785 | | $38,496.32 | Unknown | Unknown |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | | | | | | $43,316.95 |
| BMO Transportation Finance<br>300 E John Carpenter Freeway<br>Suite 400<br>Irving, TX 75062 | | Salt Truck | | $57,174.69 | Unknown | Unknown |
| Can Capital<br>2015 Vaughn Road NW<br>Suite 500<br>Kennesaw, GA 30144-7831 | | | | | | $35,400.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **Dalton Outdoor Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase ink**  PO Box 15123  Wilmington, DE 19850-5123 | | | | | | $12,832.85 |
| **Financial Pacific Leasing LLC**  3455 S. 344th Way #300  Federal Way, WA 98001 | | **Miscellaneous Equipment** | | $27,388.18 | $0.00 | $27,388.18 |
| **Ford Credit National Bankruptcy Svc Ctr**  PO Box 6275  Dearborn, MI 48121 | | **2015 Ford F-350 Vin: 1FTBF3B62FEC13098** | | $28,236.79 | Unknown | Unknown |
| **Hedberg Supply**  1205 Nathan Lane N  Plymouth, MN 55441 | | | | | | $39,500.00 |
| **Internal Revenue Service Centralized Insolvency Office**  PO Box 7346  Philadelphia, PA 19101-7346 | | **Form 941 and Form 940** | | | | $266,704.05 |
| **Kabbage**  730 Peachtree Street Suite 1100  Atlanta, GA 30308 | | | | | | $40,443.91 |
| **Knights Capital Funding**  9 East Loockerman St  Ste 3A-543  Dover, DE 19901 | | | | | | $37,949.96 |
| **Minnesota Revenue Collection Div. BKY Division**  PO Box 64447  Saint Paul, MN 55164-0447 | | | | | | $12,428.46 |
| **Minnesota Sales Tax**  PO Box 64622  Saint Paul, MN 55164-0622 | | | | | | $6,451.13 |
| **Pawnee Leasing Corporation**  3801 Automation Way, Suite 207  Fort Collins, CO 80525 | arrow@pawneeleasing.com | **Equipment Lease** | | $12,127.32 | $0.00 | $12,127.32 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor **Dalton Outdoor Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wells Fargo<br>PO Box 3072<br>Cedar Rapids, IA 52406-3072** | | **Skid Steer Loaders - Serial Number: S1ML11238; Model Number: S658 T4** | | **$16,461.34** | **Unknown** | **Unknown** |
| **Wells Fargo<br>PO Box 3072<br>Cedar Rapids, IA 52406-3072** | | **Skid Steer Loaders Serial Number: ALJ812353 Model Number: S650 T4** | | **$24,224.59** | **Unknown** | **Unknown** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

.

ALLY
PO BOX 380902
BLOOMINGTON MN 55438-0902


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000


BMO TRANSPORTATION FINANCE
300 E JOHN CARPENTER FREEWAY
SUITE 400
IRVING TX 75062


CAN CAPITAL
2015 VAUGHN ROAD NW
SUITE 500
KENNESAW GA 30144-7831


CHASE INK
PO BOX 15123
WILMINGTON DE 19850-5123


FINANCIAL PACIFIC LEASING LLC
3455 S. 344TH WAY #300
FEDERAL WAY WA 98001


FORD CREDIT
NATIONAL BANKRUPTCY SVC CTR
PO BOX 6275
DEARBORN MI 48121


FORD CREDIT
PO BOX 552679
DETROIT MI 48255-2679


HEDBERG SUPPLY
1205 NATHAN LANE N
PLYMOUTH MN 55441

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OFFICE
PO BOX 7346
PHILADELPHIA PA 19101-7346




KABBAGE
730 PEACHTREE STREET
SUITE 1100
ATLANTA GA 30308




KNIGHTS CAPITAL FUNDING
9 EAST LOOCKERMAN ST
STE 3A-543
DOVER DE 19901




MINNESOTA REVENUE
COLLECTION DIV. BKY DIVISION
PO BOX 64447
SAINT PAUL MN 55164-0447




MINNESOTA SALES TAX
PO BOX 64622
SAINT PAUL MN 55164-0622




PAWNEE LEASING CORPORATIN
3801 AUTOMATION WAY, SUITE 207
FORT COLLINS CO 80525




PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY, SUITE 207
FORT COLLINS CO 80525




WELLS FARGO
PO BOX 3072
CEDAR RAPIDS IA 52406-3072
```

# United States Bankruptcy Court
## District of Minnesota

In re  **Dalton Outdoor Services, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Dalton Outdoor Services, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 9, 2017**  
Date

**/s/ Steven B. Nosek**  
**Steven B. Nosek 79960**  
Signature of Attorney or Litigant  
Counsel for  **Dalton Outdoor Services, Inc.**  
**Steven B. Nosek, P.A.**  
**Attorney at Law**  
**2855 Anthony Lane S, #201**  
**St. Anthony, MN 55418**  
**612-335-9171 Fax:612-789-2109**  
**snosek@noseklawfirm.com**