UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In the Matter of:

DALTON OUTDOOR SERVICES, INC.,     Chapter 7
Case No. 17-33188

Debtor.

---

## NOTICE OF ABANDONMENT

To: The United States Trustee, all creditors and other parties in interest.

On May 3, 2018, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows:

1. 1 Snowex 8100 Power Plow Blade Only; 1 Blade Assy SX 8100 PP; 1 Box Assy Snowex PP; 1 Power Grip Handheld Powerplow; 1 Rubber Snow Deflector Kit. Financial Pacific Leasing Inc. is owed approximately $2,490.

2. 1 LAS28KA604N 2008 Exmark with Ultra Vac Dump; 1 BP770h 2016 Echo Back Pack Blower; 1 2016 FH770D Kawasaki Engine. Financial Pacific Leasing, Inc. is owed approximately $4,415.

3. 1 Little Wonder 18HP Truck Loader; 1 Mulch Kit; 2 Toro Power Clear 721 Recoil Start. Financial Pacific Leasing, Inc. is owed approximately $1,971

4. 1 2015 Rice FMEH8218 Rice FMEH8218 Trailer VIN: 4RWR11825FH006300. Financial Pacific Leasing, Inc. is owed approximately $4,415.

5. 1 New Wacker Plate Compactor WP1550; 1 New Honda Generator Model EG2800i; 1 New Husqvarna Table Saw Model #MS360 Part #967285201 W/General Purpose B. Financial Pacific Leasing, Inc. is owed approximately $8,073.

6. 1 2016 Haulmark PPT85X24WT3 Trailer VIN: 575GB2428HH326481. Pawnee Leasing Corporation is owed approximately $9,362.09.

7. 2016 Ford Truck Model: S-DTY F-350; Style: 4WD Crew Cab; VIN 1FT8W3B65GEA14090. Ally Bank has a perfected lien and is owed approximately $40,000.

8. 2017 Ford Truck Model: S-DTY F-350; Style: 4WD Reg Cab; VIN 1FTBF3B64HEB22465. Ally Bank has a perfected lien and is owed approximately $35,132.

9. 2011 Ford Truck Model: S-DTY F350; Style: Reg Cab 4x4; VIN 1FTRF3BT4BEA87907. Ally Bank has a perfected lien and is owed approximately $17,888.46.

10. 2016 Chevrolet Model: Silverado; Style: PU; VIN 1GC1KXEG1GF305785. Ally Bank has a perfected lien and is owed approximately $37,499.

11. 2015 Ford S-DTY F-350; VIN 1FTBF3B62FEC13098 valued at $28,075. Ford Motor Credit Corp. filed a lift stay motion at DKT 40, balance due $28,155.90 on its perfected lien; Nada value $28,392.14.

12. 2014 International Terra Star-Series: Terrastar SFA 4x4 – Serial No.: 1HTKPSKK4EH029737 valued at $25,500; secured lender is owed $57,348.63.

13. Skid Steer Loaders – Serial Number: S1ML11238; Model Number: S658 T4. Wells Fargo has a perfected lien and is owed $34,766.72.

14. Skid Steer Loaders – Serial Number: AlJ812353; Model Number: S650T4. Wells Fargo has a perfected lien and is owed $34,766.72.

15. Skid Steer Loaders – Serial Number: ALJ816987; Model Number: S650 T4. Wells Fargo has a perfected lien and is owed $88,913.47.

**16.** 1 PGT000801 Permagreen Triumph Ride on Spreader

Trustee abandons the above property because it is fully encumbered with amounts owed exceeding collateral value and therefore there is no equity available for the bankruptcy estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The trustee will schedule the hearing with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Clerk of Bankruptcy Court | United States Trustee | Trustee |
| U.S. Bankruptcy Court | 1015 US Courthouse | (see address below) |
| Warren Burger Federal Bldg. | 300 South 4th Street | |
| Suite 200 | Minneapolis, MN  55415 | |
| 316 North Robert Street | | |
| St. Paul, MN 55101 | | |

Dated: April 12, 2018.                              /e/ Patti J. Sullivan
                                                                 Patti J. Sullivan, Trustee                    #170124
                                                                 1595 Selby Avenue, Suite 205
                                                                 St. Paul, MN  55104
                                                                 (651) 699-4825

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: DALTON OUTDOOR SERVICES, INC | CASE NO: 17-33188<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/12/2018, I did cause a copy of the following documents, described below,

Notice of Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/12/2018

/s/ Patti J. Sullivan
Patti J. Sullivan  170124

Sullivan Law Firm, P.A.
1595 Selby Ave. #205
St. Paul, MN  55104
651 699 4825
krisann@pattisullivan.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: DALTON OUTDOOR SERVICES, INC | CASE NO: 17-33188 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 4/12/2018, a copy of the following documents, described below,

Notice of Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/12/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Patti J. Sullivan
Sullivan Law Firm, P.A.
1595 Selby Ave. #205
St. Paul, MN  55104

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>08643<br>CASE 17-33188<br>DISTRICT OF MINNESOTA<br>ST PAUL<br>THU APR 12 14-08-41 CDT 2018 | BMO HARRIS BANK NA<br>111 W MONROE STREET<br>CHICAGO IL 60603-4095 | DEBTOR<br><br>DALTON OUTDOOR SERVICES INC<br>3650  120TH STREET WEST<br>ROSEMOUNT MN 55068-3538 |
| FORD MOTOR CREDIT COMPANY LLC<br>CO STEWART ZLIMEN  JUNGERS LTD<br>2860 PATTON ROAD<br>ROSEVILLE MN 55113-1100 | MJ HARDER LTD<br>14701 PIONEER TRAIL<br>SUITE 205<br>EDEN PRAIRIE MN 55347-2608 | USA INTERNAL REVENUE SERVICE<br>CO ROYLENE CHAMPEAUX<br>300 S 4TH ST STE 600<br>MINNEAPOLIS MN 55415-2200 |
| ~~EXCLUDE~~<br><br>~~ST PAUL~~<br>~~200 WARREN E BURGER FEDERAL BUILDING~~<br>~~AND~~<br>~~US COURTHOUSE~~<br>~~316 N ROBERT ST~~<br>~~ST PAUL MN 55101-1465~~ | ALLY<br>HEATHER LOCKMAN<br>BKY COORDINATOR<br>4000 LEXINGTON AVE N 100<br>SHOREVIEW MN 55126-3196 | ALLY<br>PO BOX 380902<br>BLOOMINGTON MN 55438-0902 |
| ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES CA 90096-8000 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| BMO HARRIS BANK NA<br>PO BOX 3040<br>CEDAR RAPIDS IA 52406-3040 | BMO TRANSPORTATION FINANCE<br>300 E JOHN CARPENTER FREEWAY<br>SUITE 400<br>IRVING TX 75062-2727 | BECKETT AND LEE LLP<br>SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| BRADLEY J HALBERSTADT<br>STEWART ZLIMEN  JUNGERS LTD<br>2860 PATTON ROAD<br>ROSEVILLE MN 55113-1100 | CAN CAPITAL<br>2015 VAUGHN ROAD NW<br>SUITE 500<br>KENNESAW GA 30144-7831 | CHASE INK<br>PO BOX 15123<br>WILMINGTON DE 19850-5123 |
| CHASE INK<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | FINANCIAL PACIFIC LEASING LLC<br>3455 S 344TH WAY 300<br>FEDERAL WAY WA 98001-9546 | FINANCIAL PACIFIC LEASING LLC<br>ATTN KERRY CRESSON<br>2455 S 344TH WAY 300<br>FEDERAL WAY WA 98001 |
| FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | FORD CREDIT<br>PO BOX 552679<br>DETROIT MI 48255-2679 | HEDBERG SUPPLY<br>1205 NATHAN LANE N<br>PLYMOUTH MN 55441-5040 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OFFICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KABBAGE<br>730 PEACHTREE STREET<br>SUITE 1100<br>ATLANTA GA 30308-1263 | KABBAGE<br>ATTN ACCOUNT MANAGEMENT<br>PO BOX 77073<br>ATLANTA GA 30357-1073 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KNIGHT CAPITAL FUNDING<br>ATTN STEPHANIELEGAL DEPT<br>1691 MICHIGAN AVE 230<br>MIAMI BEACH FL 33139-2566 | KNIGHTS CAPITAL FUNDING<br>9 EAST LOOCKERMAN ST<br>STE 3A-543<br>DOVER DE 19901-8306 | KNIGNT CAPITAL FUNDING II LLC<br>1691 MICHIGAN AVENUE SUITE 230<br>MIAMI BEACH FL 33139-2566 |
| MINNESOTA DEPT OF REVENUE<br>POB 64447BKY<br>ST PAUL MN 55164-0447 | MN DEPT OF EMPLOYMENT AND ECONOMIC DEV<br>332 MINNESOTA ST STE E200<br>ST PAUL MN 55101-1351 | MINNESOTA REVENUE<br>COLLECTION DIV BKY DIVISION<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 |
| MINNESOTA SALES TAX<br>PO BOX 64622<br>SAINT PAUL MN 55164-0622 | PATRICK M DALTON<br>CO DALTON OUTDOOR SERVICES<br>3650 120TH ST W<br>ROSEMOUNT MN 55068-3538 | PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY SUITE 207<br>FORT COLLINS CO 80525-5735 |
| PAWNEE LEASING CORPORATION<br>ATTN SANDYBANKRUPTCY DEPT<br>3801 AUTOMATION WAY SUITE 207<br>FORT COLLINS CO 80525-5735 | EXCLUDE<br>~~US TRUSTEE~~<br>~~300 SOUTH FOURTH ST~~<br>~~SUTIE 1015~~<br>~~MINNEAPOLIS MN 55415-1320~~ | EXCLUDE<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| WELLS FARGO<br>ATTN KIM LEVELLE<br>LITIGATION DEPT<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52404-8247 | WELLS FARGO<br>PO BOX 3072<br>CEDAR RAPIDS IA 52406-3072 | CONSTANCE J PAIEMENT<br>PAIEMENT LAW OFFICE LLC<br>221 EAST MYRTLE STREET<br>STILLWATER MN 55082-5040 |
| EXCLUDE<br>~~PATTI J SULLIVAN~~<br>~~1595 SELBY AVE STE 205~~<br>~~ST PAUL MN 55104-4528~~ | EXCLUDE<br>~~STEVEN B NOSEK~~<br>~~STEVEN NOSEK~~<br>~~2855 ANTHONY LN S~~<br>~~STE 201~~<br>~~ST ANTHONY MN 55418-2637~~ | |