UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

DALTON OUTDOOR SERVICES, INC.,                    Case No. 17-33188-KAC
                                                  Chapter 7

            Debtor

## NOTICE OF SALE

To: The United States Trustee, all creditors and other parties in interest.

On May 30, 2018, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

| | | |
|---|---|---|
| 1. | 60" lawn mower with bagger (VIN #LASZ28KA604N, Model #773970) | $ 2,500.00 |
| 2. | 60" lawn mower with bagger (VIN #LZ31BV605, Model #692190) | $ 2,500.00 |
| 3. | Exmark 60" (VIN #LASZ28KA604N, Model 773956) | $ 1,500.00 |
| 4. | Exmark 48" lawn mower (VIN #TT4817KAC, Model 489877) | $ 750.00 |
| 5. | 52" Lazer HP w/ bagger (Model: LHP5223KC Serial/Vin: 567540) | $ 1,000.00 |
| 6. | Six trimmers | $ 250.00 |
| 7. | Four Leaf blowers | $ 350.00 |
| 8. | Misc. irrigation items, (within shelving unit, and roll(s) of useable pipe) | $ 150.00 |
| 9. | 4 pruners | $ 200.00 |
| 10. | 2015 Gator lawn trailer (VIN #421VA1620FS019218) | $ 1,000.00 |
| 11. | 2015 Gator skid trailer (VIN #4Z1HD1822FSO13393) | $ 1,500.00 |

| | | | |
|---|---|---|---|
| 12. | 2004 PJTR lawn trailer<br>(VIN 3CVU81829F2534648) | $ | 1,000.00 |
| 13. | 2004 Dump trailer<br>(Patti looking for lien release) | $ | 700.00 |
| 14. | Shop Equip, tool boxes, hand tools shelving,<br>air compressor, lift<br>(doesn't include table saw or generator) | $ | 650.00 |
| 15. | Spare tires for<br>- 4 Pick up truck tires (Off-Rim)<br>- Regular style Bobcat Tires (summer tires)<br>- Lawn Trailer tires (2)<br>- Skid Trailer tires (2) | $ | 500.00 |
| 16. | Plow Model: SnowEx 77750 PP<br>Serial : 15071720759077750 | $ | 2,300.00 |
| 17. | Plow Model: SnowEx 77750 PP<br>15072020770277750 | $ | 2,300.00 |
| 18. | 8'2" Power V-XT    MSC10183B Plow | $ | 1,000.00 |
| | TOTAL | $ | 20,150.00 |

William Grogg of Creekside Lawn and Landscape has offered to purchase the above property. The total amount of the above non-exempt property equals Twenty Thousand One Hundred Fifty and no/100s ($20,150.00) Dollars.  William Grogg of Creekside Lawn and Landscape has offered to pay to the bankruptcy estate Twenty Thousand One Hundred Fifty and no/100s ($20,150.00.) Dollars.   Based on the cost of retrieving the above property and marketing items of this nature, the trustee believes acceptance of Mr. Grogg's offer to be in the best interest of creditors.

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The trustee will schedule the hearing with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Clerk of Bankruptcy Court | United States Trustee | Trustee |
| U.S. Bankruptcy Court | 1015 US Courthouse | 1595 Selby Ave. #205 |
| Warren Burger Federal Bldg. | 300 South 4th Street | St. Paul, MN  55104 |
| Suite 200 | Minneapolis, MN  55415 | (651) 699-4825 |
| 316 North Robert Street | | |
| St. Paul, MN 55101 | | |

Dated:  May 9, 2018                                                             /e/ Patti J. Sullivan
                                                                                              Patti J. Sullivan, Trustee, #170124

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: DALTON OUTDOOR SERVICES, INC | CASE NO: 17-33188 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 5/9/2018, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/9/2018

/s/ Patti J. Sullivan
Patti J. Sullivan  170124

Sullivan Law Firm, P.A.
1595 Selby Ave. #205
St. Paul, MN  55104
651 699 4825
krisann@pattisullivan.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: DALTON OUTDOOR SERVICES, INC | CASE NO: 17-33188 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/9/2018, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/9/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Patti J. Sullivan
Sullivan Law Firm, P.A.
1595 Selby Ave. #205
St. Paul, MN  55104

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08643<br>CASE 17-33188<br>DISTRICT OF MINNESOTA<br>ST PAUL<br>WED MAY 9 13-49-32 CDT 2018 | BMO HARRIS BANK NA<br>111 W MONROE STREET<br>CHICAGO IL 60603-4095 | DEBTOR<br>DALTON OUTDOOR SERVICES INC<br>3650  120TH STREET WEST<br>ROSEMOUNT MN 55068-3538 |
| FORD MOTOR CREDIT COMPANY LLC<br>CO STEWART ZLIMEN  JUNGERS LTD<br>2860 PATTON ROAD<br>ROSEVILLE MN 55113-1100 | MJ HARDER LTD<br>14701 PIONEER TRAIL<br>SUITE 205<br>EDEN PRAIRIE MN 55347-2608 | USA INTERNAL REVENUE SERVICE<br>CO ROYLENE CHAMPEAUX<br>300 S 4TH ST STE 600<br>MINNEAPOLIS MN 55415-2200 |
| ~~EXCLUDE~~<br>~~ST PAUL~~<br>~~200 WARREN E BURGER FEDERAL BUILDING~~<br>~~AND~~<br>~~US COURTHOUSE~~<br>~~316 N ROBERT ST~~<br>~~ST PAUL MN 55101-1465~~ | ALLY<br>HEATHER LOCKMAN<br>BKY COORDINATOR<br>4000 LEXINGTON AVE N 100<br>SHOREVIEW MN 55126-3196 | ALLY<br>PO BOX 380902<br>BLOOMINGTON MN 55438-0902 |
| ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES CA 90096-8000 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| BMO HARRIS BANK NA<br>PO BOX 3040<br>CEDAR RAPIDS IA 52406-3040 | BMO TRANSPORTATION FINANCE<br>300 E JOHN CARPENTER FREEWAY<br>SUITE 400<br>IRVING TX 75062-2727 | BECKETT AND LEE LLP<br>SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| BRADLEY J HALBERSTADT<br>STEWART ZLIMEN  JUNGERS LTD<br>2860 PATTON ROAD<br>ROSEVILLE MN 55113-1100 | CAN CAPITAL<br>2015 VAUGHN ROAD NW<br>SUITE 500<br>KENNESAW GA 30144-7831 | CHASE INK<br>PO BOX 15123<br>WILMINGTON DE 19850-5123 |
| CHASE INK<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | FINANCIAL PACIFIC LEASING LLC<br>3455 S 344TH WAY 300<br>FEDERAL WAY WA 98001-9546 | FINANCIAL PACIFIC LEASING LLC<br>ATTN KERRY CRESSON<br>2455 S 344TH WAY 300<br>FEDERAL WAY WA 98001 |
| FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | FORD CREDIT<br>PO BOX 552679<br>DETROIT MI 48255-2679 | HEDBERG SUPPLY<br>1205 NATHAN LANE N<br>PLYMOUTH MN 55441-5040 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OFFICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KABBAGE<br>730 PEACHTREE STREET<br>SUITE 1100<br>ATLANTA GA 30308-1263 | KABBAGE<br>ATTN ACCOUNT MANAGEMENT<br>PO BOX 77073<br>ATLANTA GA 30357-1073 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KNIGHT CAPITAL FUNDING<br>ATTN STEPHANIELEGAL DEPT<br>1691 MICHIGAN AVE 230<br>MIAMI BEACH FL 33139-2566 | KNIGHTS CAPITAL FUNDING<br>9 EAST LOOCKERMAN ST<br>STE 3A-543<br>DOVER DE 19901-8306 | KNIGNT CAPITAL FUNDING II LLC<br>1691 MICHIGAN AVENUE SUITE 230<br>MIAMI BEACH FL 33139-2566 |
| MINNESOTA DEPT OF REVENUE<br>POB 64447BKY<br>ST PAUL MN 55164-0447 | MN DEPT OF EMPLOYMENT AND ECONOMIC DEV<br>332 MINNESOTA ST STE E200<br>ST PAUL MN 55101-1351 | MINNESOTA REVENUE<br>COLLECTION DIV BKY DIVISION<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 |
| MINNESOTA SALES TAX<br>PO BOX 64622<br>SAINT PAUL MN 55164-0622 | PATRICK M DALTON<br>CO DALTON OUTDOOR SERVICES<br>3650 120TH ST W<br>ROSEMOUNT MN 55068-3538 | PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY SUITE 207<br>FORT COLLINS CO 80525-5735 |
| PAWNEE LEASING CORPORATION<br>ATTN SANDYBANKRUPTCY DEPT<br>3801 AUTOMATION WAY SUITE 207<br>FORT COLLINS CO 80525-5735 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~300 SOUTH FOURTH ST~~<br>~~SUTIE 1015~~<br>~~MINNEAPOLIS MN 55415-1320~~ | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| WELLS FARGO<br>ATTN KIM LEVELLE<br>LITIGATION DEPT<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52404-8247 | WELLS FARGO<br>PO BOX 3072<br>CEDAR RAPIDS IA 52406-3072 | CONSTANCE J PAIEMENT<br>PAIEMENT LAW OFFICE LLC<br>221 EAST MYRTLE STREET<br>STILLWATER MN 55082-5040 |
| ~~EXCLUDE~~<br>~~PATTI J SULLIVAN~~<br>~~1595 SELBY AVE STE 205~~<br>~~ST PAUL MN 55104-4528~~ | ~~EXCLUDE~~<br>~~STEVEN B NOSEK~~<br>~~STEVEN NOSEK~~<br>~~2855 ANTHONY LN S~~<br>~~STE 201~~<br>~~ST ANTHONY MN 55418-2637~~ | |